IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED

JAN 0 2 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-18-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| ERNEST JABLONSKY, *dba* MONTANA BIG GAME PURSUITS, and MITCH THEULE, | |
| Defendants. | |

On January 2, 2018, the Court conducted a hearing on Defendant Mitch Theule's ("Theule") Motion to Suppress Coerced Statements ("Motion to Suppress").[1]

Upon the record made in open court,

ORDERED:

---

[1] Doc. 49.

-1-

The Motion to Suppress[2] is GRANTED IN PART. Defendant Theule's June 1, 2016, Montana Fish, Wildlife and Parks interview shall be suppressed as follows:

1. After the advisement of rights (Doc. 86 at 12:40) until Theule's admission that he turned "loose with [Jim Day] on that cat" (Doc. 86 at 27:20) shall be suppressed.

DATED this 2nd day of January, 2018.

SAM E. HADDON
United States District Judge

---

[2] Doc. 49.